# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 14mj6022-LTS |
| Fathalla MASHALI, | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO SEAL COMPLAINT

The United States of America, through the undersigned attorney, moves to seal the Complaint, the accompanying Affidavit, this Motion and any resulting Orders. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could hinder law enforcement officers in their apprehension of the defendant and could jeopardize the government's ongoing investigation in this case.

The United States further moves, pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter. The United States also moves for permission to share a copy of all sealed documents with the defendant after any arrest is made and prior to any Initial Appearance in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
Kimberly West
Assistant U.S. Attorney

ALLOWED /s/ Leo T. Sorokin U.S.M.J.
Feb 8, 2014