From: Noha Elkadry Mashali <naelkadry@gmail.com>
Date: Thu, 13 Feb 2014 18:29:31 -0500
To: Jeff Denner<jdenner@dennerpellegrino.com>
Cc: Noha Elkadry<naelkadry@gmail.com>
Subject:

Dear Judge Sorokin,

I am writing this letter on behalf of my husband Fathalla Mashali and I am requesting that you please, please allow Fathalla to get out on bail during his trail. I know you see many different cases and many different defendants, but you cannot imagine the devastation his arrest has brought on myself and our children. This year has been tough on all of us, including Fathalla, because of the unfair loss of his medical license, and immediately following, the FBI investigation, along with the devastating and completely unexpected charges of medical fraud. The prosecution will paint a vicious picture of my husband as a corrupt, unethical doctor who is a flight risk and a danger to himself and they want to deny him bail on this bases. I am writing to affirm this is completely not true and that is not my husband. Fathalla is a kind, caring and dedicated husband, father and physician.

Fathalla came to America over 30 years ago as a foreign medical graduate. He worked very hard until he passed his boards and was accepted in a Psychiatry internship in the University of Missouri. He then went on to complete an anesthesia residency in New Jersey and went on to complete a Critical care fellowship in the University of Pennsylvania. Fathalla was very proud to be a Captain in the United States Army Reserve and served for several years. He unfortunately never applied for citizenship. He has always felt like an American and loves and is proud of this country.

Fathalla is an amazing person. After we were married he moved to Boston, despite being offered great opportunities in other states, because I wanted to stay close to my small family. He worked very hard and established himself.

Fathalla is a dedicated hard working physician. He worked long hours. Many times coming late in the evenings. He has a strong work ethics and works harder than anyone I have ever known. He really enjoyed treating patients and came home with stories of how he helped his patients, whether by doing new interventional spinal cord stimulators or how he sent a woman with unusual pain for a scan and she was diagnosed with breast cancer. He talked about his satisfaction in helping her find the correct diagnosis. Fathalla's practice of chronic pain management, which is inherently a challenging specialty, also gave Fathalla a lot of satisfaction because he was able to help his patients lead meaningful lives.

Fathalla and I have been married for over twenty one years. We are blessed with four wonderful children. Dean is 16 years old, Mira is 14 years old, Ameer is 11 years old and Jenna is 2 years old. Fathalla is an amazing and loving father. His whole aim in working so hard it to provide a good education for his children and a good life

1

for his family. Fathalla has always taught the children that with a good education and a lot of hard work they can accomplish anything and be successful. Our lives revolve around our children and this short time without their father has been very traumatic for the kids. We cannot imagine our lives without Fathalla and the kids, especially,cannot comprehend why he cannot be granted bail while he defends himself and proves his innocence.

Fathalla loves his family. He does everything in the world for me and the kids. Fathalla would never abandon us. He is not a flight risk. His aim in traveling to Egypt was for a short trip to try and raise some funds to help support us here because he lost his job and his license, and to try and raise money for his legal defense. In retrospect, it was a mistake, but it was generated out of the constant wait from September for charges to be filed but nothing coming. The prosecution is planning on using this as a means to hold him. They initially were agreeable to bail using our primary residence as collateral, which I readily and willingly agreed to, but since then have changed their mind. I believe they want to utterly devastate him so he cannot place a strong defense. Fathalla has never committed a crime or been in trouble with the law. My husband would never flee and risk his family and kids being compromised.

Fathalla is not a danger to himself. Off course he is depressed. He lost his medical license and his career. He went from being a hard working, active, well respected physician to a man facing unfair charges of fraud. Fathalla does not deserve to be behind bars. Fathalla will be an active participant in his defense but if he is left without bail, I really believe it will adversely affect his ability to help defend himself and will create difficulty getting access to his legal counsel.

The great thing about America is that one is innocent until proven guilty. I know Fathalla will prove his innocence. Please grant him bail so he can be home with his wife and children as he prepares to defend himself. We are devastated as it is and Fathalla not getting out on bail will be a very traumatic blow to me and the kids. I am also very confident in the end that he will be completely exonerated. Thank you for your consideration.

Sincerely,

Noha Elkadry Mashali

--
This email was Virus checked by Security Gateway.

Dear Judge Sorokin,

My father is a good, hard workingman that does not deserve to be in prison for the proceeding months while the trial is scheduled and takes place. He has always been and will always be an honest man. He is an innocent man that does not deserve what is happening to him. He was not trying to flee the country, but only go for a short trip and return back to be with us, his family. I have known my father for 16 years now and he has always been a sensible man that has care for the people around him. He has always complied with the rules around him and understands the consequences for them being broken.

Along with being a truly great man he is also the best father a kid can have. He has taught me to work to my fullest and accept nothing below an exceptional. If he is not allowed bail then I will miss having him there to advise me through my high school problems and dilemmas. My dad will not try and leave and will stay in America to prove and fight for his innocence. I am asking you from man to man; please let my father out on bail. I would be overjoyed with happiness just to have him home. Please think about if you'd like to separate a good, innocent man from his four kids by putting him behind bars for the duration of the trial.

Sincerely,
Dean Fathalla Mashali

Dear Judge,

I am Mica, my dad's 14 year old daughter. I would just like to start off by saying that my dad is innocent. People have accused him of awful things that he never did. My dad works harder than anyone else that I know and it is wrong for them to even accuse him of that. Thieves and liars don't work hard to make money, they cheat and lie and that's how they make it. My dad, he works day and night, not only just to pay bills and buy food, but because he loves it. He loves having to work hard and to think all the time, and he's good at it too. He was good at something that he did and that's why he made money. Of course, however, once the FBI sees someone making money they have to come and ruin their lives. It came out of nowhere. One second he's happily at work doing what he loves and the next thing you know his liscense is taken away and he cannot support his family anymore. So not only have they taken away his job and livelihood but also his pride. He has always needed to be the rock and he was always there as an example. All of this is going to make him ashamed because he is letting us see him like this, when he doesn't realize though that that we love him the same and we arent mading this harder on him. Not only has this affected him it's affected me and my family now in school I often space out in class, not paying attention, it needs to be more important and in history class I rarely pay attention.

innocent that every man is innocent until proven guilty. No innocent man would ever be in jail and by my guess my dad is still innocent. But to make sure that you see my family loves him and we don't be separated. He has a 2 year old daughter and even though she doesn't understand what's going on, she knows that our dad isn't around and she doesn't know why. She's not the only one though, I miss him so badly that it hurts and I want him to come home. I have my last school play ever next week and I want him to come. He was came to all of them sense 1st grade and he can't miss my last one. My school graduation he can't miss also. I have been waiting my whole life to get my diploma and graduate out of my school and into high school. I get to sit on stage all eyes on me and for once me and my class feel special. But I know I will just be looking for my family because they are the most important people in my life. He can't miss my graduation it means too much to me to miss it. But most of all I miss my dad. I miss his amazing jokes that weren't funny at all. I miss his arm being my pillow. And I know that if we keep him away he will never know my or my sister's I mean daughter's kids name. I don't want anything else to happen. I want this to come to and end. I want to see my dad and yell "Dad I love you and I have missed you so much. Please please please take this into thought if you do I will be very appreciative of that.

Sincerely,
[name]

Dear Judge Sorokin,

      I really miss my dad and I really hope that he can be home at these rough times that we are going through. I am really worried about him and wish he could be home with me studying and playing games with him. I wish he could be home with me right now watching the Olympics and watching the Celtics and Bruins games with me. I am really worried about his health with all of his medications and I really hope that you will give him bail and I know his lawyers will find his innocence.

Sincerely,
Ameer Mashali

From: aeelkadry@hotmail.com
To: jdenner@dennerpellegrino.com
Subject: Dr. Mashali
Date: Wed, 12 Feb 2014 08:43:38 -0500

Dear Mr. Denner;

We as a mother and father in-law of Fathalla Mashali, has known him since 1992, when he marred our daughter, as a well educated, companionate, family man. He was raised in a good family, his grand father was a judge and his father was a lawyer, raised on a good moral principals and values, which reflects on his character and behavior with all the people, not only his family and children.

As son in-law we saw him working hard for long hours to provide good life and good education to his children, he loves his wife and children. He helps any body asking him for help. All these years he kept a good and close relation with all of us, as an in-laws family.

Thank you.

Sincerely

Ekbal and Anan Elkadry

--
This email was Virus checked by Security Gateway.

**From:** Eman Elkadry [mailto:eelkadry@icloud.com]
**Sent:** Thursday, February 13, 2014 4:34 PM
**To:** jdenner@dennerpellegrino.com
**Cc:** Noha
**Subject:** Dr Fathalla Mashalli

On Feb 11, 2014, at 8:03 PM, Eman Elkadry <eelkadry@icloud.com> wrote:

> This a strong letter of support for Dr Fathalla Mashali. He is married to my sister and I have known him for over 20 years. My husband has known him a little over 15 years.

Over the years We have known him to care about only two things, his family and the practice of medicine. He has always been a hard worker putting in 12- 14 hour days. He was double boarded in ER, anesthesia and also completed critical care training. This required significant hard work and dedication. Over the years he was always late to family gatherings because he was working late nights and weekends. We saw him go in for shifts of colleagues who were sick or unable to make their calls. Long hours and weekend work were not new to him and has always been his work style. He also took pride in relating stories of how he solved difficult diagnostic challenges and cared for very sick patients in the ICU. On a personal level We have always known him to be honest and straightforward in his opinions. He has helped his extended family in any way he could over the years.

> We understand that there are currently allegations about his practice of medicine but he is certainly innocent until proven guilty. His whole life is here with his family. He would certainly not try to leave but rather stay to clear his name.
>
> Dr Mashali's main objective in life was to give his children a stable home, and a good education And again I am sure he would not abandon them nor leave the opportunity to defend himself especially for their sake.

Sincerely,
Eman Elkadry MD
Hani ibrahim MD

--
This email was Virus checked by Security Gateway.

1

From: John Monem <johnmonem@yahoo.com>
Date: February 11, 2014 at 10:24:24 PM EST
To: "jdenner@dennerpellegrino.com" <jdenner@dennerpellegrino.com>, "naelkadry@gmail.com" <naelkadry@gmail.com>
Subject: **Letter to the Court**

To the Honorable Court

My name is Yehia Abdelmonem and I am Dr. Mashali's uncle. I plead to the honorable court to release my nephew on bail. My plea is based on a long standing good relation with Dr. Mashali, who always proves to me his hard work to provide for his family and sacrifice all his efforts to serve them in a good way. On too many occasions he would call me on his long way back from work at twelve at night to stay awake after starting his day at 7 am, which is close to a 16 hour day. He is always proud that he provides his children with the best education and family atmosphere, wishing for them to be a good citizen and successful as he is himself. He is always generous with everyone he knows as proof of his kindness and good heart. He is very dedicated to his work as much as he is dedicated to his family. For the sake his family and friends please allow him bail until his trial. God bless the honorable court and the United States of America.

Best regards,
Yehia Abdelmonem

--
This email was Virus checked by Security Gateway.

1

**From:** John Monem <johnmonem@yahoo.com>
**Date:** February 12, 2014 at 1:40:08 AM EST
**To:** jdenner@dennerpellegrino.com, naelkadry@gmail.com
**Subject: Letter to the Court-3**

To the Honorable Court,

In my times as a guest of the Mashali home I was met with a warm and welcoming atmosphere for every Thanksgiving dinner they have hosted. Family is embodied in these moments that lie beyond breaking bread through friendly conversation, laughter, movies, and even sharing in the Black Friday sales. When the gathering ends it is usually well past midnight, each family and friend lingering sadly as they leave. As I've come to see my young cousins grow and learn since birth, I cannot help but become absorbed in their love and affection for one another. Bonding over sports, the two oldest remain actively involved with one in soccer and the other in polo or lacrosse, their dad had even bought Red Sox season tickets. Over time you would hardly meet Dr. Mashali, except on the holidays because he was always on call or worked very late but as his career progressed both he and his wife, my cousin Noah, were able to move forward. Together they expanded into four beautiful walls, grew their family of four to six, and even own a dog, Cocoa along with many other pets. In a such a soulful place worthy to call sweet home I believe the best place for Dr. Mashali to be is among his family. In my plea to the honorable court, I would hope this open air of love and life will be taken highly into consideration not merely as proof of their character as a family but because family is worth many measures of a man. God bless the United States of America and all of us whose homes and hearts stand with justice and freedom.

Sincerely,
Mariam Monem

--
This email was Virus checked by Security Gateway.

1

**From:** John Monem <johnmonem@yahoo.com>
**Date:** February 12, 2014 at 1:37:53 AM EST
**To:** jdenner@dennerpellegrino.com, naelkadry@gmail.com
**Subject: Letter to the Court-2**

To the Honorable Court,

Being an American is what Dr. Mashali is most proud of and has expressed in his way of life. I first met Dr. Mashali after he wed Noah, who introduced me to this quiet, respectable young man eager to start his new family. Not only of Egyptian origin but also as a model American citizen he is one of many of us who migrated to the beautiful new world, hoping for the pure breath of freedom and looking towards a brand new life. At one dinner he expressed his happiness living here and that he would never move back to Egypt, even if he found a better opportunity. On my behalf and on behalf of all those seeking justice, I plead to the honorable court to release Dr. Mashali for he is as honest and loyal to our country, the United States of America, as I have always known him to be since we first met. God bless the USA and all those who protect our safety and freedom.

Sincerely,
Massarat Mahmoud

--
This email was Virus checked by Security Gateway.

1

From: DIANE PIMENTEL <dpimentel79@gmail.com>
Date: February 13, 2014 at 10:53:36 AM EST
To: Bay State Dental <baystatedentalpc@gmail.com>, Noha Elkadry <naelkadry@gmail.com>
Subject: Re: Letter of support for Dr. Mashali

02/13/2014

RE: Fathalla Mashali, M.D.

To Whom It May Concern:

I have had the pleasure of knowing Fathalla Mashali, M.D. for over 6 years. I have worked for his company as a medical front desk receptionist, as well as a medical biller . Dr. Mashali is a very kind hearted, professional boss that I respect. He is very trustworthy, intelligent, and very well behaved all of the time, and honest.

He is an intelligent doctor, he is a great boss, everyone liked working for him. He shared as much knowledge as he could with his staff. He would inform staff of current news, and current new ways to improve the patients pain levels, as far as medical devices, new medications, etc. He is a good man to his staff and patients. I have had more than one opportunity in hearing the wonderful changes the patients have reached in their lives, by coming to see Dr. Mashali.

My personal belief what failed Dr. Mashali, is the same thing that he so generously trusted, and that was his staff of Physician Assistants, and medical assistants. They were there to assist a doctor who clearly had a busy practice and needed help.

Keeping Dr. Mashali in jail would be detrimental to his health and family. He is not a threat to society. He is a respectable man, and honest. I am

honored to have worked for him. I know he will cooperate and take one day at a time to move forward with his life.

Respectfully,

Diane Pimentel

# Islamic Institute of Boston
IIBoston.net — Serving the Muslim Community



February 12, 2014

## *To Whom it May Concern*

My name is Imam Talal Y. Eid, the Imam and Executive Director of the Islamic Institute of Boston, serving the Muslim community since 1982. I have a Doctor of theology and Master of theological Studies from Harvard University, in addition to my religious training as an Imam from Al-Azhar University of Cairo, Egypt.

This letter is to introduce Mr. Fathalla M. Mashali, of 60 Dedham Street, Dover, MA 02360, as a successful medical doctor who is eager to help people. He is a well-known active member in the Islamic community. I have known him for over 17 years as I have officiated his marriage and performed blessings to all his children. Mr. Mashali is an honest, sincere, and dedicated father. I would observe him always attending our religious feasts and prayers with his children and his dedicated wife Dr. Noha Elkadry.

Mr. Mashali is a man of good character and excellent behavior. His interaction with members of the Islamic community has brought him much respect and admiration. I have heard many praise and appreciation of him.

It gives great sadness and stress to know about his arrest and I pray that my letter on his behalf can help releasing him on bail until his court case is heard.

With due respect.

Imam Dr. Talal Eid

From: "Noha Elkadry" <baystatedentalpc@gmail.com>
Date: February 13, 2014 at 2:13:59 PM EST
To: <Naelkadry@gmail.com>
Subject: RE: Fathalla Mashali

February 13, 2014

To Whom It May Concern:

I have had worked with Fathalla Mashali, M.D. for over 10 years. I have worked for his company as a medical front desk receptionist, Dr. Mashali is very nice and very kind person, he is a professional boss that I trust and respect a lot. He is very trustworthy, and he a person who keeps his words.

Keeping Dr. Mashali in jail would be affecting him and his family. He is a respectable man, honest and a man who keeps his word. I worked for him and I always respected him and liked working for him. He is a very cooperative and very trustworthy person.

Respectfully,

Fatima Malki