AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES
V.
Mashali

**EXHIBIT AND WITNESS LIST**

Case Number: 1:14-6022

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| LTS | West | Denner |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/14/14 | dl | MS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | 2/14/14 | | | FBI AGENT CLAYTON PHELPS |
| 1 | | 2/14/14 | X | X | PASSENGER MANIFEST |
| 2 | | 2/14/14 | X | X | COLUMN OF MEDICATIONS |
| 3 | | 2/14/14 | X | X | LETTER OF RECOMMENDATION |
| 4 | | 2/14/14 | X | X | CERTIFICATIONS |
| 5 | | 2/14/14 | X | X | PHOTOS OF DEVELOPMENTS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages