JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI, DEA, HHS, IRS

**City** Holbrook, Worcester, Winchester    **Related Case Information:**

**County** Norfolk, Worcester, Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant   Yes    New Defendant _____
Magistrate Judge Case Number   14-mj-6022-LTS
Search Warrant Case Number   13-6109-LTS et seq. and others
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Fathalla Mashali    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Dover, MA

**Birth date (Yr only):** 1954   **SSN (last4#):** 6658   **Sex** M   **Race:** White   **Nationality:** Egypt

**Defense Counsel if known:** Jeffrey Denner    **Address** Four Longfellow Place, 35th Floor

**Bar Number** _____    Boston, MA 02114

**U.S. Attorney Information:**

**AUSA** Kim West, Katherine Ferguson, Maxim Grinberg    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** 02/08/2014

☑ Already in Federal Custody as of   02/08/2014   in   Plymouth County Jail
☐ Already in State Custody at ———    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony 9

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 03/13/2014    **Signature of AUSA:** _/s/_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Fathalla Mashali

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1347 | Health Care Fraud | 1-9 |
| Set 2 | 18 U.S.C. 2 | Aiding and Abetting | 1-9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013