# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-10067-RWZ |
| | ) | |
| FATHALLA MASHALI | ) | |
| | ) | |

## JOINT INITIAL STATUS REPORT

The parties in the above-captioned matter submit this initial status report:

L.R. 116.5(a)

1. The government produced automatic discovery.

2. The government will provide additional discovery materials, including additional patient files recently received from the electronic medical record companies and a production from AOL of electronic messages associated with account "fmashali@aol.com."   The government expects to make these disclosures within the next 10 days.

3. The defense does not anticipate requesting additional discovery.

4. No protective orders are sought at this time.

5. The defendant has not yet determined whether he will be filing any pretrial motions under Fed. R. Crim. P. 12(b).

6. If the case proceeds to trial, the government will make expert disclosures 60 days before trial, and the defense will make expert disclosures 30 days before trial.

7. All of the time has been excluded between the defendant's arraignment on March 26, 2014 through the date of the initial status conference on June 2, 2014. [Docket #24].

8. The parties request an Interim Status Conference 30 days out.

    Respectfully submitted,

    Carmen M. Ortiz
    United States Attorney

By: /s/ Kimberly P. West              /s/ Jeffrey A. Denner
    KIMBERLY P. WEST            JEFFREY A. DENNER
    Assistant U.S. Attorney          Attorney for Fathalla Mashali

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        /s/ Maxim Grinberg
                                        Maxim Grinberg
                                        Assistant United States Attorney

Date: May 30, 2014