# 160 Dedham St. Dover, MA 02030

## Escrow Agreement

## ESCROW AGREEMENT

ESCROW AGREEMENT entered into this 22nd day of May 2014, among **Fathalla Mashali and Noha Elkadry Mashali** (herein "Surety"), Carmen M. Ortiz, in her official capacity as United States Attorney for the District of Massachusetts (herein "United States Attorney"), and Robert M. Farrell, in his official capacity as Clerk of the United States District Court for the District of Massachusetts (herein "Escrow Agent").

WHEREAS the Surety is desirous of effecting the release of **Fathalla Mashali** (herein "Defendant") in Criminal No. **1:14-cr-10067-RWZ**, on the terms and conditions of bail set forth in a **Memorandum and Order on Motion for Detention** setting conditions of release (herein "Bail Order") dated **May 6, 2014**, and entered by the Honorable **Leo T. Sorokin**, United States Magistrate Judge, and has agreed to execute a secured bond in the amount of **five million ($5,000,000.00) Dollars** (herein "Bond") to secure the Defendant's compliance with the terms and conditions of the Bail Order.

NOW THEREFORE, in consideration of the mutual covenants and agreements contained herein, the parties hereto agree as follows:

1. The Surety shall execute a quitclaim deed to the parcel of real property located at **160 Dedham Street, Dover, MA 02030** in favor of the United States of America, and deliver said deed to the Escrow Agent to be held in escrow pursuant to the terms of this Agreement.

2. The Surety further agrees to execute any additional documents and take any action necessary to effectuate the transfer of said parcels of real property and facilitate the sale of such properties in the event that the Defendant is in default of the terms and conditions of the Bail Order or Bond.

3. The Escrow Agent shall hold the quitclaim deed in escrow under the following terms and conditions:

    A. In the event that the Defendant fails to appear as required at all proceedings in Criminal No. **1:14-cr-10067-RWZ** or otherwise violates any condition of bail, and Defendant is declared to be in default by a judicial officer of the United States District Court for the District of Massachusetts, then, upon order of the Court, and in lieu of or in addition to foreclosure proceedings on any mortgage granted by the Surety, the Escrow Agent shall tender the quitclaim deed to the United States Attorney, and he shall cause the same to be immediately recorded without notice to the Surety. Any requirement that foreclosure proceedings be commenced upon any mortgage granted by the Surety in connection with Criminal No. **1:14-cr-10067-RWZ** is expressly waived by the Surety.

    B. This Agreement shall terminate upon the final disposition of Criminal No. **1:14-cr-10067-RWZ** and written discharge of the Bond provided to the Surety by the United States of America. Upon such termination, and upon order of the Court, the Escrow Agent shall deliver the quitclaim deed to the Surety.

4. The validity and construction of this Agreement shall be governed by the law of the Commonwealth of Massachusetts.

5. This Escrow Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors, assigns and personal representatives.

IN WITNESS WHEREOF, the parties here have caused this Agreement to be executed as of the date first written above.

ESCROW AGENT:  SURETY: _____
                        Fathalla Mashali
ROBERT M. FARRELL,      153 Pine Street
CLERK OF COURT          Dover, MA 02030

By: _____     SURETY: _____
    Deputy Clerk         Noha Elkadry Mashali
                         153 Pine Street
CARMEN M. ORTIZ,         Dover, MA 02030
UNITED STATES ATTORNEY

By: _____
    Asst. United States Attorney
    Maxim Grinberg

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, SS

On ~~May~~ June 20, 2014 then personally appeared Fathalla Mashali acknowledged the foregoing to be his free act and deed before me.

JOSEPH G. KELLER JR.
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
October 9, 2020

NOTARY PUBLIC
My Commission Expires: 10/9/20

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, SS

On ~~May~~ June 20, 2014 then personally appeared Noha Elkadry Mashali and acknowledged the foregoing to be he free act and deed before me.

JOSEPH G. KELLER JR.
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
October 9, 2020

NOTARY PUBLIC
My Commission Expires: 10/9/20

2