# RIEMER | BRAUNSTEIN

**Alexander G. Rheaume**
arheaume@riemerlaw.com
(617) 880-3492 direct
(617) 692-3492 direct fax

June 18, 2014

2014 JUN 19 P 1:30

**BY CERTIFIED MAIL,
RETURN RECEIPT REQUESTED,
AND BY FIRST CLASS MAIL**

Robert M. Farrell, Clerk of Court
United States District Court
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

    Re:    **Loan Arrangement Among The Bank of Canton, Fathalla Mashali (a/k/a Farhalla M. Mashali) and Noha Elkadry Mashali
Criminal Case No. 1:14-cr-10067-RWZ-1**

Dear Mr. Farrell:

    Enclosed please find a copy of the Mortgagee's Notice of Sale of Real Estate (the "**Notice**") with respect to the mortgaged premises located at 120 Centre Street and 160 Dedham Street, Dover, Norfolk County, Massachusetts, as further set forth and described in the Notice.

    The foreclosure proceeding is brought by The Bank of Canton (the "**Bank**") pursuant to that certain Commercial Mortgage, Security Agreement and Assignment of Leases and Rents dated July 20, 2005, granted by Fathalla Mashali (a/k/a Farhalla M. Mashali) and Noha Elkadry Mashali (collectively, the "**Mortgagor**") to the Bank, and recorded with the Norfolk County Registry of Deeds (the "**Registry**") in Book 22668, Page 431, as modified by that certain Mortgage Modification Agreement dated October 20, 2006 and recorded with the Registry at Book 24441, Page 30, as further modified by that certain Mortgage Modification Agreement dated July 20, 2007 and recorded with the Registry at Book 25248, Page 28, as further modified by that certain Mortgage Modification Agreement dated December 21, 2007 and recorded with the Registry at Book 25816, Page 599, as further modified by that certain Mortgage Modification Agreement dated October 31, 2008 and recorded with the Registry at Book 26540, Page 13, as further modified by that certain Mortgage Modification Agreement dated May 17, 2010 and recorded with the Registry at Book 27735, Page 133, and as further modified by that certain Mortgage Modification Agreement dated October 19, 2012 and recorded with the Registry at Book 31076, Page 111.

    As indicated in the Notice, the Lender has scheduled the public auction foreclosure sale of the mortgaged premises as follows:

    A.    120 Centre Street, Dover: **July 18, 2014 at 1:00 P.M.** on the mortgaged premises; and

    B.    160 Dedham Street, Dover: **July 25, 2014 at 1:00 P.M.** on the mortgaged premises.

Robert M. Farrell, Clerk of Court
June 18, 2014
Page 2

    Thank you for your attention to this matter.

                                                         Very truly yours,

                                                         Alexander G. Rheaume

Enclosure

cc:    Mr. David Packard (by email)