UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>FATHALLA MASHALI )<br>) | Criminal No. 14-10067-RWZ |

NOTICE OF APPEARANCE

To the Clerk:

Please enter my Appearance as Attorney for Claimant RSS Realty, LLC in the above-captioned case.

Respectfully submitted,

\_\_\_/s/ Barry M. Altman_____
Barry M. Altman, Esq., BBO #016710
ALTMAN & ALTMAN
404 Main Street, Suite 3
Wilmington, MA 01887
(978) 658-3388
Altmanlaw2@gmail.com

Dated: June 26, 2014

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2014, I served a copy of the within document electronically upon all counsel of record.

                /s/ Barry M. Altman
              Barry M. Altman, Esq., BBO #016710
              ALTMAN & ALTMAN
              404 Main Street, Suite 3
              Wilmington, MA 01887
              (978) 658-3388
              Altmanlaw2@gmail.com