# Exhibit A

Case 1:14-cr-10067-RWZ   Document 75-1   Filed 06/26/14   Page 1 of 7

# Commonwealth of Massachusetts
## MIDDLESEX SUPERIOR COURT
### Case Summary
### Civil Docket

## RSS Realty, LLC, d/b/a South Shore Primary Care v New England Pa

Details for Docket: MICV2014-01076

### Case Information

| | | | |
|---|---|---|---|
| Docket Number: | MICV2014-01076 | Caption: | RSS Realty, LLC, d/b/a South Shore Primary Care v New England Pa |
| Filing Date: | 03/11/2014 | Case Status: | Needs damage assessment scheduled |
| Status Date: | 04/18/2014 | Session: | Civil A - Ct Rm 710 (Woburn) |
| Lead Case: | NA | Case Type: | Complex |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| TRK: | F | Discovery: | 01/05/2015 |
| Service Date: | 06/09/2014 | Disposition: | 12/31/2015 |
| Rule 15: | 08/08/2014 | Rule 12/19/20: | 08/08/2014 |
| Final PTC: | 07/04/2015 | Rule 56: | 03/06/2015 |
| Answer Date: | 07/09/2014 | Jury Trial: | NO |

### Case Information

| | | | |
|---|---|---|---|
| Docket Number: | MICV2014-01076 | Caption: | RSS Realty, LLC, d/b/a South Shore Primary Care v New England Pa |
| Filing Date: | 03/11/2014 | Case Status: | Needs damage assessment scheduled |
| Status Date: | 04/18/2014 | Session: | Civil A - Ct Rm 710 (Woburn) |
| Lead Case: | NA | Case Type: | Sale/lease real estate |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| TRK: | F | Discovery: | 01/05/2015 |
| Service Date: | 06/09/2014 | Disposition: | 12/31/2015 |
| Rule 15: | 08/08/2014 | Rule 12/19/20: | 08/08/2014 |
| Final PTC: | 07/04/2015 | Rule 56: | 03/06/2015 |
| Answer Date: | 07/09/2014 | Jury Trial: | NO |

## Parties Involved

6 Parties Involved in Docket: MICV2014-01076

| Party | Role: | Defendant |
|---|---|---|

| | | | |
|---|---|---|---|
| Party Involved: | | | |
| Last Name: | Briarwood Real Estate Holdings, LLC | First Name: | |
| Address: | 160 Dedham Street | Address: | |
| City: | Dover | State: | MA |
| Zip Code: | 02030 | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Defendant |
| Last Name: | Mashali, a/k/a Farhalla M. | First Name: | Fathalla M. |
| Address: | 160 Dedham Street | Address: | |
| City: | Dover | State: | MA |
| Zip Code: | 02030 | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Defendant |
| Last Name: | New England Pain Associates, P.C. | First Name: | |
| Address: | 10 Converse Place, 4th Floor | Address: | |
| City: | Winchester | State: | MA |
| Zip Code: | 01890 | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Plaintiff |
| Last Name: | RSS Realty, LLC, d/b/a South Shore Primary Care | First Name: | |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Reach & Apply Defendant |
| Last Name: | Briarwood Real Estate Holdings, LLC | First Name: | |
| Address: | 160 Dedham Street | Address: | |
| City: | Dover | State: | MA |
| Zip Code: | 02030 | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Reach & Apply Defendant |
| Last Name: | Mashali, Trustee of the Dover Pines Revocable Trust | First Name: | Noah Elkadry |
| Address: | 153 Pine Street | Address: | |
| City: | Dover | State: | MA |
| Zip Code: | 02030 | Zip Ext: | |
| Telephone: | | | |

## Attorneys Involved

3 Attorneys Involved for Docket: MICV2014-01076

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| Last Name: | Corrigan | First Name: | Brian T |
| Address: | Corrigan Law Offices, PC | Address: | 20 Middlesex Avenue |
| City: | Wilmington | State: | MA |
| Zip Code: | 01887 | Zip Ext: | 2225 |
| Telephone: | 978-988-1544 | Tel Ext: | |
| Fascimile: | 978-988-1545 | Representing: | RSS Realty, LLC, d/b/a South Shore Primary Care, (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| Last Name: | Adams | First Name: | Mark |
| Address: | 33 West Elm Street | Address: | |
| City: | Brockton | State: | MA |
| Zip Code: | 02301 | Zip Ext: | 7225 |
| Telephone: | 781-367-4855 | Tel Ext: | |
| Fascimile: | | Representing: | Mashali, a/k/a Farhalla M., Fathalla M. (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | PERR08 |
| Last Name: | Krumsiek | First Name: | David W |
| Address: | 210 Union Wharf | Address: | |
| City: | Boston | State: | MA |
| Zip Code: | 02109 | Zip Ext: | |
| Telephone: | 617-720-4300 | Tel Ext: | 102 |

...

...

| Fascimile: | 617-720-4310 | Representing: | Mashali, Trustee of the Dover Pines Revocable Trust, Noah Elkadry (Reach & Apply Defendant) |
|---|---|---|---|

## Calendar Events

3 Calendar Events for Docket: MICV2014-01076

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 04/01/2014 | 14:00 | Motion/Hearing: prel inj | A | Event held as scheduled |
| 2 | 06/17/2014 | 14:00 | Motion/Hearing: Assess damages | A | Event not held-joint request |
| 3 | 07/10/2014 | 14:00 | Motion/Hearing: Assess damages | A | |

## Full Docket Entries

74 Docket Entries for Docket: MICV2014-01076

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 03/11/2014 | 1 | Complaint & civil action cover sheet filed |
| 03/11/2014 | | Origin 1, Type A08, Track F. |
| 03/11/2014 | 2 | Plaintiff's MOTION for Approval of Real Estate Attachment, Ex-Parte. |
| 03/11/2014 | 2 | Motion ALLOWED in the amount of $600,000.00. (Leibensperger, J.). |
| 03/11/2014 | 2 | Copy given in hand. |
| 03/11/2014 | 3 | Affidavit of Ravinder S. Soodan, M.D. |
| 03/18/2014 | 4 | Summons and order of notice issued; returnable 4/1/2014 at 2:00 pm in |
| 03/18/2014 | 4 | Courtroom 710. |
| 04/01/2014 | 5 | SERVICE RETURNED (order of notice): Briarwood Real Estate Holdings, |
| 04/01/2014 | 5 | LLC, 3/21/14 in hand at 26 Long Pond Road Plymouth, MA 02360. Filed |
| 04/01/2014 | 5 | in Court. |
| 04/01/2014 | 6 | SERVICE RETURNED (order of notice): Fathalla M. Mashali, a/k/a |
| 04/01/2014 | 6 | Farhalla M., 3/21/14 in hand at 26 Long Pond Road Plymouth, MA 02360. |
| 04/01/2014 | 6 | Filed in Court. |
| 04/01/2014 | 7 | SERVICE RETURNED (order of notice): New England Pain Associates, |
| 04/01/2014 | 7 | P.C., 3/21/14 in hand at 26 Long Pond Road Plymouth, MA 02360. Filed |
| 04/01/2014 | 7 | in Court. |
| 04/01/2014 | 8 | SERVICE RETURNED (writ of attachment): Fathalla M. Mashali, a/k/a |
| 04/01/2014 | 8 | Farhalla M., 3/12/14 |
| 04/08/2014 | 9 | PRELIMINARY INJUNCTION: After hearing, the Court orders as follows: |
| 04/08/2014 | 9 | 1. That Defendants New England Pain Associates, P.C. and Fathalla M. |
| 04/08/2014 | 9 | Mashali a/k/a Farhalla M. Mashali, and their agents, servants, |
| 04/08/2014 | 9 | employees, attorneys, and those parties in active concert or |
| 04/08/2014 | 9 | participation with them, and those persons acting at their direction |
| 04/08/2014 | 9 | or command, are preliminarily restrained and enjoined from directly |

| Date | # | Entry |
|---|---|---|
| 04/08/2014 | 9 | or indirectly spending, utilizing, transferring, selling, mortgaging, |
| 04/08/2014 | 9 | pledging, withdrawing funds from any bank or other account of any |
| 04/08/2014 | 9 | nature, converting property and/or assets into exempt property and/or |
| 04/08/2014 | 9 | assets, converting liquid assets into illiquid assets, or in any |
| 04/08/2014 | 9 | member diminishing, destroying or disposing of any of their property |
| 04/08/2014 | 9 | and/or assets and/or financial records, or allowing any of the above |
| 04/08/2014 | 9 | to occur, except to pay ordinary and necessary living and business |
| 04/08/2014 | 9 | expenses in the usual and regular course, until further order of the |
| 04/08/2014 | 9 | Court. Dated: April 3, 2014. (Leibensperger, J.). Certified Copy |
| 04/08/2014 | 9 | given in hand. |
| 04/18/2014 | 10 | Request upon clerk to default (55a) re: New England Pain Associates, |
| 04/18/2014 | 10 | P.C., Fathalla M. Mashali, a/k/a Farhalla M., Briarwood Real Estate |
| 04/18/2014 | 10 | Holdings, LLC by RSS Realty, LLC, d/b/a South Shore Primary Care |
| 04/18/2014 | 11 | Default (55a) as to defendant(s) New England Pain Associates, P.C., |
| 04/18/2014 | 11 | Fathalla M. Mashali, a/k/a Farhalla M., Briarwood Real Estate |
| 04/18/2014 | 11 | Holdings, LLC. Copies mailed 4/22/2014 |
| 04/22/2014 | 12 | Reach and Apply, Defendant, Noha Elkadry Mashali, Trustee of the |
| 04/22/2014 | 12 | Dover Pines Revocable Trust's MOTION to Dismiss (MRCP 12b) Complaint |
| 04/22/2014 | 12 | of RSS Realty, LLC, d/b/a South Shore Primary Care; Memorandum of |
| 04/22/2014 | 12 | Fact and Law in support of; Affidavit of Noha Elkadry Mashali |
| 04/22/2014 | 13 | Reach and Apply, Defendant, Noha Elkadry Mashali, Trustee of the |
| 04/22/2014 | 13 | Dover Pines Revocable Trust's MOTION for Dissolution of Ex Parte |
| 04/22/2014 | 13 | Attachment |
| 04/25/2014 | | Motion (P#12) DENIED Without Prejudice to being refiled in Compliance |
| 04/25/2014 | | with Superior Court Rule 9A. (Kenneth W. Salinger, Justice) Notices |
| 04/25/2014 | | mailed 4/25/2014 |
| 04/25/2014 | | Motion (P#13) DENIED Without Prejudice to being refiled in Compliance |
| 04/25/2014 | | with Superior Court Rule 9A. Dated: April 24, 2014(Kenneth W. |
| 04/25/2014 | | Salinger, Justice) Notices mailed 4/25/2014 |
| 05/22/2014 | 14 | Plaintiff's Motion For An Assessment of Damages And Default Judgment |
| 05/22/2014 | 14 | Pursuant to Mass. R. Civ. P. 55(b)(2) against defendants New England |
| 05/22/2014 | 14 | Pain Associates, P.C., Fathalla M. Mashali a/k/a Farhalla M. Mashali |
| 05/22/2014 | 14 | and Briarwood Real Estate Holdings, LLC. |
| 05/30/2014 | 15 | Amended complaint of RSS Realty, LLC, d/b/a South Shore Primary Care |
| 06/16/2014 | 16 | Defendants Fathalla M. Mashali and Briarwood Real Estate Holdings, |
| 06/16/2014 | 16 | LLC's MOTION to remove default & file answer late or in the |
| 06/16/2014 | 16 | alternative for discovery on the issue of damages, Memorandum in |
| 06/16/2014 | 16 | support, Affidavit of Fathalla Mashali. |
| 06/16/2014 | 17 | Defendants Fathalla M. Mashali and Briarwood Real Estate Holdings, |
| 06/16/2014 | 17 | LLC's MOTION for limited relief from the prelimanry injunction. |
| 06/16/2014 | 18 | Defendants Fathalla M. Mashali and Briarwood Real Estate Holdings, |
| 06/16/2014 | 18 | LLC's opposition to plaintiff's request for an assessment of damages. |
| 06/19/2014 | | Motion (P#16) Denied without prejudice to being served and refiled |

Case 1:14-cr-10067-RWZ   Document 75-1   Filed 06/26/14   Page 7 of 7

| Date | Entry |
|---|---|
| 06/19/2014 | under Superior Court Rule 9A. Dated: June 18, 2014 (Kenneth W. Salinger, Justice) Notices mailed 6/19/2014 |
| 06/19/2014 | |
| 06/20/2014 | Motion (P#17) DENIED without prejudice to being served and refiled under Superior Court Rule 9A. The pendency of the federal criminal matter does not automatically make this motion an emergency matter (Salinger, J.). Dated 6/18/14. Notices mailed 6/20/14. |
| 06/20/2014 | |
| 06/20/2014 | |
| 06/20/2014 | |