# Exhibit B

# Commonwealth of Massachusetts

MIDDLESEX, SS.
[seal]

SUPERIOR COURT
CIVIL ACTION
NO. 2014-1076

RSS Realty, LLC d/b/a South Shore Primary Care, Plaintiff

v.

Fathalla M. Mashali et al., Defendant

## WRIT OF ATTACHMENT

To the sheriffs of our several counties or their deputies:

We command you to attach the goods or estate of defendant Fathalla M. Mashali, of 153 Pine Street, Dover, MA 02030, to the value of $ 600,000.00 (the amount authorized), as prayed for by plaintiff RSS Realty, LLC, of 39 Cherokee Circle, Canton, MA whose attorney is Brian T. Corrigan Corrigan Law offices, P.C. of 20 Middlesex Ave. Wilmington, in an action brought by said plaintiff RSS Realty, LLC against said defendant Fathalla M. Mashali in the Superior Court for Middlesex County, and make due return of this writ with your doings thereon.

The complaint in this case was filed on March 11, 2014. This attachment was approved on March 11, 2014, by Leibensperger, J., in the amount of $ 600,000.—

Witness **Barbara J. Rouse**, Esquire at Woburn the 11th day of March, 2014

_____
Clerk

NOTE: 1. This writ of attachment is issued pursuant to Rule 4.1 of the Massachusetts Rules of Civil Procedure.

## PROOF OF ATTACHMENT

I hereby certify and return that on ............................................................................
............., I attached the property of the within-named defendant in the following manner:

................................................................................................................................

................................................................................................................................

................................................................................................................................

Dated .............................................................................,

## PROOF OF SERVICE

I further certify and return that on ............................................................................
............., I served a copy of the within writ of attachment on the within-named defendant, in the following manner:

................................................................................................................................

................................................................................................................................

................................................................................................................................

Dated: ............................................................................,

---

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS

SUPERIOR COURT
CIVIL ACTION
No: 14-1076

RSS Realty, LLC, Pltff
d/b/a South Shore Primary Care

v

Fathalla M. Mashali, et al, Deft.

**WRIT OF ATTACHMENT**
(Mass. R. Civ. P. 4.1)

March 11, 2014

After ~~due notice and~~ ex parte hearing, plaintiff appearing and defendant not appearing, plaintiff's application for leave to attach the real property of the defendant be and hereby is allowed.

_____, Assistant Clerk

Leibensperger, J.