Exhibit C

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                                      SUPERIOR COURT
                                                                    C.A. No. MICV2014-01076

```
RSS REALTY, LLC,                                          )
d/b/a SOUTH SHORE PRIMARY CARE,                           )
                                                          )
        Plaintiff                                         )
                                                          )
v.                                                        )
                                                          )
NEW ENGLAND PAIN ASSOCIATES, P.C.,                        )
FATHALLA M. MASHALI a/k/a                                 )
FARHALLA M. MASHALI, and                                  )
BRIARWOOD REAL ESTATE HOLDINGS, LLC,                      )
                                                          )
        Defendants                                        )
and                                                       )
                                                          )
BRIARWOOD REAL ESTATE HOLDINGS, LLC and                   )
NOAH ELKADRY MASHALI, TRUSTEE                             )
of the DOVER PINES REVOCABLE TRUST,                       )
                                                          )
        Reach and Apply Defendants                        )
                                                          )
```

## PRELIMINARY INJUNCTION

After hearing, the Court orders as follows:

1.      That Defendants New England Pain Associates, P.C. and Fathalla M. Mashali a/k/a Farhalla M. Mashali, and their agents, servants, employees, attorneys, and those parties in active concert or participation with them, and those persons acting at their direction or command, are preliminarily restrained and enjoined from directly or indirectly spending, utilizing, transferring, selling, mortgaging, pledging, withdrawing funds from any bank or other account of any nature, converting property and/or assets into exempt property and/or assets, converting liquid assets into illiquid assets, or in any manner diminishing, destroying or disposing of any of

their property and/or assets and/or financial records, or allowing any of the above to occur, except to pay ordinary and necessary living and business expenses in the usual and regular course, until further order of the Court.

Dated at Woburn this 3d day of April, 2014.

By the Court,

Edward P. Leibensperger
Justice of the Superior Court

MIDDLESEX, SS. *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this Eighth day of April, 2014.

Deputy Assistant Clerk