Exhibit D

# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

CIVIL DOCKET# **MICV2014-01076A**

RE: **RSS Realty, LLC, d/b/a South Shore Primary Care v New England Pain Associates, P.C. et al**

TO: Brian T Corrigan, Esquire
Corrigan Law Offices, PC
20 Middlesex Avenue
Wilmington, MA 01887-2225

## DEFAULT ORDER (Mass. R. CIV. P. 55a)

The defendant(s) named below, having failed to plead or otherwise defend in the above referenced case as required by MRCP 12(a), is(are) hereby defaulted pursuant to MRCP 55(a):

**Default (55a) as to defendant(s) New England Pain Associates, P.C., Fathalla M. Mashali, a/k/a Farhalla M., Briarwood Real Estate Holdings, LLC. Copies mailed 4/22/2014**

The plaintiff shall file:

1. A motion for an assessment of damages and default judgment pursuant to Mass. R.Civ.P.55(b)2 and subject to Mass.R.Civ.P. 54(b) and 55(b)4 as amended by **05/22/2014**, or

2. A request for Default Judgment pursuant to Mass.R.Civ.P. 55(b)1 and subject to Mass.R.Civ.P.54(b) and 55(b)4 as amended by **05/22/2014**(contract-sum certain only).

Dated at Woburn, Massachusetts this 22nd day of April, 2014.

Michael A. Sullivan,
Clerk of Courts

BY:

William Smith
Assistant Clerk

Telephone: 781-939-2745

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130  cvddf155a_2.wpd 4136823 df155a remylidi