Exhibit E

# Commonwealth of Massachusetts
## County of Middlesex
### The Superior Court

Civil Docket **MICV2014-01076A**

RE:   RSS Realty, LLC, d/b/a South Shore Primary Care v New England Pain Associates, P.C. et al

TO:   Brian T Corrigan, Esquire
      Corrigan Law Offices, PC
      20 Middlesex Avenue
      Wilmington, MA 01887-2225

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **06/20/2014**:

*RE: Defendants Fathalla M. Mashali and Briarwood Real Estate Holdings, LLC's MOTION for limited relief from the prelimanry injunction.*

**is as follows:**

Motion (P#17) DENIED without prejudice to being served and refiled under Superior Court Rule 9A. The pendency of the federal criminal matter does not automatically make this motion an emergency matter (Salinger, J.). Dated 6/18/14. Notices mailed 6/20/14.

Dated at Woburn, Massachusetts this 20th day of June, 2014.

Michael A. Sullivan,
Clerk of the Courts

BY:

William Smith
Assistant Clerk

Telephone: 781-939-2745

Copies mailed 06/20/2014

Disabled Individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130 — cvdresult_2.wpd 4161797 motden macirobe