Exhibit 1

**E✳TRADE**
**FINANCIAL®**

E✳TRADE Securities LLC
Harborside Financial Center
501 Plaza II
Jersey City, NJ 07311

*www.etrade.com*
Member FINRA/SIPC

June 10, 2014

VIA FED EX

Attn: Joseph Keller
   J.A. Denner and Associates
   4 Longfellow Place # 3501
   Boston, MA 02114

RE:   **Order to Restrict the account of NOHA A ELKADRY MASHALI**

Dear Joseph Keller:

E-Trade Financial is in receipt of the order to freeze the account of Noha Mashali. The account will remain restricted until further order from the court. The account value as of June 10, 2014 is $ 19,693.44. Please note the account maintains 305 shares of FACEBOOK (FB) that is worth as of June 10, 2014 $ 19,655.00. Please note the value can fluctuate due to market conditions.

If you have any questions, please feel free to contact the undersigned at (201) 499 9834 or fax to my attention at (703) 236-4879.

Sincerely,

Douglas DePaola
Legal Supervisor
E*TRADE Securities LLC

Exhibit 2

# BURNS & LEVINSON LLP

125 SUMMER STREET BOSTON, MA 02110
T 617.345.3000  F 617.345.3299
BURNSLEV.COM

June 13, 2014

PAUL R. MASTROCOLA
617-345-3244
PMASTROCOLA@BURNSLEV.COM

Joseph Keller, Esq.
J.A. Denner & Associates
4 Longfellow Place #3501
Boston, MA 02114

  Re: ***United States of America v. Fathalla Mashali***
     **U.S. District Court, District of Massachusetts, No. 14CR 10067 RWZ**

Dear Mr. Keller,

  This law firm represents Charles Schwab & Co., Inc. ("Schwab"). As we discussed in our telephone conversation, I am in receipt of your June 6, 2014 letter to Schwab and the accompanying Order of Restraint on Defendant's and Defendant's Family's Investments (the "Order") in the above-referenced matter.

  Please be advised that the Schwab account number identified in the Order, ending in digits 0280 (the "Account"), is currently on restricted status such that no transactions may be executed. The Account has been on restricted status since on or about December 20, 2007, when Schwab was served with a trustee process attachment order issued by the Norfolk (Massachusetts) Superior Court in an action titled *Julie Gemma, et. al. v. Northern Rhode Island Anesthesia Associates, et. al.*, C.A. No. 07-02099.

  If you have any questions, please feel free to contact me.

       Very truly yours,

       Paul R. Mastrocola

PRM/gc

4850-1508-0987.1

I ,Anan A. Elkadry, declare under the penalty of perjury, that the following statements are true:

1. I am the father of Noha Elkadry Mashali

2. I have signed an appearance bond in the amount of $250,000 as part of the bond package.

3. On October, 2013, I Anan Elkadry in my capacity as the Trustee of The Elkadry Trust purchased the Gemma attachments.

4. These attachments include: the Charles Schwab account ( # ending in 0280) identified in the bail package

5. I, in my capacity as the Trustee of The Elkadry Trust assign the interest in this account to the Federal Court as part of Dr. Mashali's bond.

Anan Elkadry

In his capacity as the Trustee of

The Elkadry Trust

6/26/2014

Exhibit 3

# MUTUAL OF AMERICA

MUTUAL OF AMERICA
LIFE INSURANCE COMPANY

WESTBOROUGH OFFICE PARK
1800 WEST PARK DRIVE SUITE 350
WESTBOROUGH MA 01581-3927
508 366 2418
508 366 5956 FAX

June 17, 2014

Mr. Joseph Keller
J.A. Denner & Associates
4 Longfellow Place #3501
Boston, MA  02114

**RE: Account Verification**

Dear Mr. Keller:

I am writing to confirm the request for a restraining order placed on the accounts of Fathalla Mashali.

There has been a lock placed on account contract no. 018317-I-1S. No distributions may be made from the account without approval from the court.

There is a notification placed on the policy no. 0200313552. There are no distributions allowed without approval from the court.

Please contact me should you need further information regarding this account.

Sincerely,

*Wendy Benedict*

Wendy Benedict
Associate Service Manager

# Exhibit 4



**UNION BANK & TRUST COMPANY**

(402) 323-1828 · P.O. Box 82535 · Lincoln, NE 68501-2535 · ubt.com

June 18, 2014

Joseph Keller
J.A. Denner & Associates
4 Longfellow Place # 3501
Boston, MA 02114

> RE: U.S. District Court "Proposed Order of Restraint on Defendant's and Defendant's Family's Investments

Dear Mr. Keller:

We have received the original of the above-referenced Court Order. We have placed "holds" on all 4 accounts referenced in the Order. No action will be allowed without an Order from the Court.

Sincerely,

Jay J. Steinacher, CTFA
529 College Savings Director

Exhibit 5

**Package US Airbill**

FedEx Tracking Number: 8053 1301 7328

Date: 10/14

Sender's FedEx Account Number: 2540-0859-1

Joe Keller, Esq.    Phone (617) 227-2800

A. Denner, PC.

LONGFELLOW PL STE 3801-06

[Boston?], State MA, ZIP 02114-2838

Billing Reference: Mashali

To: TD Ameritrade    Phone ( )

Account Maintenance

200 S. 108th Ave

nana, State NE, ZIP 68154

0113508107

---

**4 Express Package Service**

- [ ] FedEx First Overnight
- [x] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**5 Packaging**    *Declared value limit $500.

- [x] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options**

- [ ] SATURDAY Delivery
- [x] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

**7 Payment    Bill to:**

- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages: 1
Total Weight: ___ lbs.
Total Declared Value: $ ___ .00

611

Rev. Date 2/12 • Part #163134 • ©1994-2012 FedEx • PRINTED IN U.S.A. SRS



# 805313017328

Ship (P/U) date:
Fri 6/06/2014 4:03 pm
BOSTON, MA  US

**Delivered**
Signed for by: D.LEWIS

Actual delivery:
Mon 6/09/2014 8:16 am
NE  US

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **6/09/2014 - Monday** | | |
| 8:16 am | Delivered<br>Delivered to recipient at FedEx Facility | OMAHA, NE |
| 7:45 am | Held at FedEx location for recipient pickup<br>Package available for pickup at FedEx Facility: 7130 Q STREET | OMAHA, NE |
| 7:13 am | At local FedEx facility | OMAHA, NE |
| **6/07/2014 - Saturday** | | |
| 5:33 am | At destination sort facility | OMAHA, NE |
| 4:15 am | Departed FedEx location | MEMPHIS, TN |
| 12:11 am | Arrived at FedEx location | MEMPHIS, TN |
| **6/06/2014 - Friday** | | |
| 8:45 pm | Left FedEx origin facility | SOUTH BOSTON, MA |
| 4:03 pm | Picked up<br>Tendered at FedEx Office | BOSTON, MA |

Local Scan Time

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 805313017328 | Service | FedEx Priority Overnight |
| Weight | 0.2 lbs | Delivered To | FedEx Location |
| Total pieces | 1 | Total shipment weight | 0.2 lbs / 0.09 kgs |
| Shipper reference | MASHALL | Packaging | FedEx Envelope |
| Special handling section | Hold at FedEx location | | |

# J. A. DENNER & ASSOCIATES, P.C.
## COUNSELLORS AT LAW

June 6, 2014

TD Ameritrade
Account Maintenance
200 S. 108th Ave
Omaha, NE 68154

Dear Sir/Madame,

Enclosed please find a restraining order on the accounts of Fathalla Mashali and Noha Elkadry Mashali specifically requesting that your firm not permit the following accounts to be disbursed, sold, or altered without order of the Court :

1. Fathalla Mashali Acct 920-920501
2. Noha Elkadry Mashali 867-085037

As their attorney, I am required to make this request of you. Please send a confirmatory letter acknowledging that this restraint has been placed on the accounts to my attention.

Sincerely,

Joseph Keller
J.A. Denner & Associates
4 Longfellow Place #3501
Boston, MA 02114

*[handwritten notes: 1 800 669 3900 / Compliance - / called 6/17 / Compliance can not be reached fm article]*

*Second Request*

# J. A. DENNER & ASSOCIATES, P.C.

## COUNSELLORS AT LAW

June 26, 2014

TD Ameritrade
Account Maintenance
200 S 108th Ave
Omaha, NE 68154

Dear Sir/ Madame,

    Enclosed please find a restraining order on the accounts of Fathalla Mashali Noha Elkadry Mashali specifically requesting that your firm not permit the following accounts to be disbursed, sold, or altered without order of the Court :

Acct 920-920501
Acct 867-085037

As his attorney, I am required to make this request of you. Please send a confirmatory letter acknowledging that this restraint has been placed on the accounts to my attention.

                                          Sincerely,

                                          Joseph Keller
                                          J.A. Denner & Associates
                                          4 Longfellow Place #3501
                                          Boston, MA 02114

Exhibit 6

**Joseph Keller**

From: Noha Elkadry Mashali [naelkadry@gmail.com]
Sent: Wednesday, June 25, 2014 11:05 AM
To: Joseph Keller
Subject: Fwd: 120 Centre St

Sent from my iPhone

Begin forwarded message:

> **From:** William Treddin <WTreddin@thebankofcanton.com>
> **Date:** June 24, 2014 at 10:08:38 AM EDT
> **To:** Noha Elkadry Mashali <naelkadry@gmail.com>
> **Subject: RE: 120 Centre St**
>
> **Mrs. Mashali,**
>
> Notwithstanding the large discrepancy between your original contractors estimate and the insurance company assessment, it took time to determine who was more accurate and how that would play out if further negotiations were needed. As for the repairs being completed, if they are to be done, should be completed in the timeframe established by the sale date. I know this is tight but it is the timeframe we are dealing with in this case.
>
> *The alternative is for the Bank to apply the funds to the loan and reduce the principal amount.*
>
> The sale for 160 Dedham St is scheduled for a week after 120 Center St. This would allow time for discussion of a resolution if there was a deficiency. I said we would be open to discussing and we will be. This is not a promise that we would resolve but we, as I said, are willing to make the effort.
>
> Bill